UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GEORGE THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| DENT-A-MED, INC., an Oklahoma | ) |
| Corporation d/b/a/ HC PROCESSING | ) |
| CENTER; and Unknown Agents, Individually, | ) |
| and as Agents, Apparent Agents, Servants, | ) |
| and/or Employees of DENT-A-MED, INC., | ) |
| | ) |
| Defendant(s). | ) |

## PLAINTIFF'S COMPLAINT

Plaintiff, GEORGE THOMAS ("Plaintiff"), through his attorney, Agruss Law Firm, LLC, alleges the following against Defendant(s) DENT-A-MED, INC., d/b/a/ HC PROCESSING CENTER; and Unknown Agents, Individually, and as Agents, Apparent Agents, Servants, and/or Employees of DENT-A-MED, INC. (collectively hereinafter as, "Defendant"):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. 1692, et seq.

### JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367, and 15 U.S.C. §1692k ("FDCPA").

3. Venue and personal jurisdiction in this District are proper because Defendant does or transacts business within this District, Plaintiff resides in this District, and a material portion of the events at issue occurred in this District.

1

## PARTIES

4. Plaintiff is a natural person residing in Katy, Harris County, Texas.

5. Defendant, DENT-A-MED, INC. is an Oklahoma corporation doing business as HC PROCESSING CENTER, which has an office in Springdale, Arkansas, and conducting business in Harris County, Texas.

6. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3).

7. Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6).

9. Defendant attempted to collect a consumer debt from Plaintiff.

10. Defendant's business includes, but is not limited to, collecting on unpaid, outstanding account balances.

11. The principal purpose of Defendant's business is the collection of debts allegedly owed to third parties.

12. Defendant regularly collects, or attempts to collect, debts allegedly owed to third parties.

13. During the course of its attempts to collect debts allegedly owed to third parties, Defendant sends to alleged debtors bills, statements, and/or other correspondence, via the mail and/or electronic mail, and initiates contact with alleged debtors via various means of telecommunication, such as by telephone and facsimile.

14. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**FACTUAL ALLEGATIONS**

15. Defendant is attempting to collect a consumer debt from Plaintiff originally arising from an account with HelpCard, Defendant's account number 4369880-6.

16. The alleged debt owed arises from transactions for personal, family, and household purposes.

17. In or around the summer or fall of 2008, Defendant began contacting Plaintiff seeking and demanding payment on the alleged debt.

18. Around the same period of time, Plaintiff retained the services of Debt Counsel for Seniors and the Disabled ("DCSD") to help with his unsecured debts.

19. DCSD protects seniors, veterans, and the disabled to ensure creditors and collectors do not violate collection laws or garnish federally protected incomes, such as Social Security, Social Security Disability, Veterans benefits, and other federal funds.

20. On or around September 16, 2008, DCSD sent a notice of representation and cease and desist letter to Defendant at Defendant's address, 203 E. Emma Street, Suite A, Springdale, Arkansas 72764. *See* letter attached as Exhibit A.

21. DCSD's letter was provided to Defendant with Plaintiff's name, reference number, last four digits of the account number, and a cease and desist request and notice of representation from both DCSD and Plaintiff. *Id.*

22. Plaintiff's notice of representation cease and desist letter to Defendant of September 16, 2008 was not returned by the post office.

23. On or around September 29, 2008, Defendant mailed a letter to DCSD confirming Defendant has received Plaintiff's letter of September 16, 2008. *See* letter from Defendant attached as Exhibit B.

24. Despite the foregoing, on or around January 24, 2012, Defendant sent a collections letter directly to Plaintiff seeking and demanding payment on the alleged HelpCard account. *See* letter from Defendant attached as Exhibit C.

25. On February 23, 2012, DCSD faxed yet another notice of representation and cease and desist letter to Defendant at 479-751-9057. *See* letter attached as Exhibit D.

26. On February 23, 2012, after DCSD's letter was faxed to Defendant, a Transmission Verification Report was generated. *Id.*

27. According to the Transmission Verification Report, Defendant received DCSD's notice of representation and cease and desist letter on February 23, 2012. *Id.*

28. Despite having received Plaintiff's cease and desist request and letter informing Defendant of DCSD's representation, on or around December 18, 2012, Defendant again sent another collections letter directly to Plaintiff seeking and demanding payment on the alleged HelpCard account. *See* letter from Defendant attached as Exhibit E.

29. Despite Plaintiff's repeated requests that Defendant cease contacting him directly in connection with the alleged HelpCard account, Defendant continued to send letters directly to Plaintiff, seeking and demanding payment on the alleged HelpCard account.

30. Despite having received notice that Plaintiff is represented by an attorney with respect to the alleged debt, Defendant communicated with Plaintiff in an attempt to collect the debt allegedly owed on the alleged HelpCard account.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

31. Defendant violated the FDCPA based on, but not limited to, the following:

    a. Defendant violated *§1692c(a)(2)* of the FDCPA by continuing to communicate with a consumer while knowing or having reason to know the consumer is

4

    represented by an attorney with respect to such debt and has knowledge of, or can readily ascertain, such attorney's name and address when Defendant sent repeated collections letters directly to Plaintiff, despite Defendant having received repeated cease and desist requests and notices of representation from Plaintiff and DCSD; and

b. Defendant violated *§1692c(c)* of the FDCPA by communicating with a consumer after receiving notification, in writing, that the consumer wishes the debt collector to cease further communication when Defendant sent repeated collections letter directly to Plaintiff, despite Defendant having received repeated cease and desist requests and notices of representation from Plaintiff and DCSD.

WHEREFORE, Plaintiff, GEORGE THOMAS, respectfully requests judgment be entered against Defendant, DENT-A-MED, INC., d/b/a/ HC PROCESSING CENTER; and Unknown Agents, Individually, and as Agents, Apparent Agents, Servants, and/or Employees of DENT-A-MED, INC., for the following:

32. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k.

33. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k.

34. Any other relief this Honorable Court deems appropriate.

[INTENTIONALLY LEFT BLANK]

DATED: September 14, 2013          RESPECTFULLY SUBMITTED,


By:_/s/ Michael S. Agruss_____
    Michael S. Agruss
    Agruss Law Firm, LLC
    22 W. Washington Street
    Suite 1500
    Chicago, IL 60602
    Tel: 312-224-4695
    Fax: 312-253-4451
    michael@agrusslawfirm.com
    Attorney for Plaintiff

# **<u>EXHIBIT A</u>**

*Debt Counsel for Seniors & the Disabled*

**DCSD**

16 September 2008

Page 1 of 2

Collections Manager
HC Processing Center
203 E Emma Suite A
Springdale, AR 72764

Re: **George Thomas**
Your file or reference No.: 4369880-6/Helpcard
Our file No.: 10061

Dear General Counsel or Compliance Officer:

Please be advised that my law firm represents the above-referenced client for the purpose of enforcing their rights against debt collectors under all applicable federal laws.

This letter serves as notice that my client hereby **disputes** the above-referenced alleged debt and requests **validation** of it in accordance with **15 U.S.C. § 1692g**. Please provide any agreement(s) our client signed with the original creditor, an accounting history showing how you got to the amounts claimed and when this alleged debt was charged off. Unless and until such proof is furnished, we do not recognize any right on your part to attempt to collect any amount from our client through credit reporting or any other means. Moreover, all changes in terms of this alleged debt are hereby objected to and rejected. Please be advised that the continuation of collection activity without adequately responding to these requests may result in a lawsuit against you.

As the client's attorney, I also respectfully inform you that you must **cease** contacting them according to **§§ 1692c(a)(2) AND 1692c(c)** of the **Fair Debt Collection Practices Act**, since this letter not only serves as notice of our representation of this client but also contains a **cease and desist order** signed and notarized by the alleged debtor. If and when you violate these statutes, I will not hesitate to pursue all legal remedies on behalf of my client in the United States District Court.

Very truly yours,

*Jerome S. Lamet*

Jerome S. Lamet, Supervising Attorney
Debt Counsel for the Seniors and the Disabled
Cc: George Thomas

---

Jerome S. Lamet, Supervising Attorney
The Pontiac Building
542 South Dearborn
Suite 1260
Chicago, Illinois 60605
V: (312) 939-2221
F: (312) 939-2741

# **EXHIBIT B**

\# 10061

# HC PROCESSING CENTER
P.O. Box 829 * Springdale, AR 72765-0829

September 29, 2008

DEBT COUNSEL FOR SENIORS
542 S DEARBORN ST STE 1260
CHICAGO IL 60605-1528

OCT 2

RE: George Thomas, Account No: 4369880-6

Dear Sir or Madam:

We are in receipt of your recent notice of representation of the above referenced consumer in regard to settling his or her debt with us. Please be advised that we are not a third party collection agency; we are a creditor attempting to collect our own debt. As such, our collection efforts are not governed by the FDCPA.

In addition, your correspondence requests that we cease communication with the consumer and direct all future correspondence to your company. As a company that collects its own debts, we are unwilling to comply with this request and will continue to communicate directly with our debtor.

If you have any questions or require further assistance, please feel free to contact us at 866-412-7864.

Respectfully,

Justin Steeley
Dispute Department

# **EXHIBIT C**

FEB 21 2012

**HC PROCESSING CENTER®**
Asset Recovery Department
PO Box 829, Springdale, AR 72765-0829

HC Processing Center - 380
PO Box 829
Springdale, AR 72765-0829 *# 1006 )*

Date: January 24, 2012
Account #: **4369880 - 6**

*HELP CARD* (handwritten)

GEORGE THOMAS
3415 E RAINMILL DR
KATY TX 77449-7077

Dear George Thomas:

# TAX REFUND OFFER!

It is tax refund time! HC Processing Center is offering you an opportunity to clear the outstanding debt on your HELPcard account, submitted through Dignified Management Group Inc at a discount using your Tax refund and, at the same time, potentially help your credit profile. Once you pay this settlement offer, we will amend our credit reporting information to show this account as "Account paid in full for less than the full balance".

If you cannot afford to settle at this time, we will work with you to set up a payment plan that *you can afford.* We realize that many of our customers are under financial pressure and we will listen and use every effort to help you resolve this account.

*<u>We will work together to find the best way possible for you to resolve this matter. We have several options including a lump sum payment, multi-part payments, or small monthly payments.</u>*

We can't help you resolve this account if you don't call 877-946-4242!

Sincerely,
Asset Recovery Department

*DERRICK Cole.* (handwritten)

*fax 479-751-9057* (handwritten)

# **EXHIBIT D**



February 23, 2012

BY FAX ONLY: 479-751-9057

Collections Manager
HC Processing Center
203 E Emma Suite A
Springdale, AR  72764-

Re:  George Thomas
     Your reference # 43698806  -  Helpcard: Ending in 8806
     Our file # 10061

To Whom It May Concern:

Please be advised that my law firm represents the above-referenced client(s) for the purpose of enforcing their rights pursuant to all applicable federal debt collection laws. Debt Counsel for Seniors and the Disabled exclusively represents clients who are senior citizens, disabled or both and whose only income (e.g. social security, disability, etc.) is protected by federal law. This client regrets not being able to pay however, at this time they are insolvent as their monthly expenses exceed the amount of income they receive.

This letter serves as notice that my client hereby **disputes** the above-referenced alleged debt and requests **validation** of it in accordance with **15 U.S.C. § 1692g.** Please provide the name and address of the original creditor, if different from the current creditor. Unless and until this validation is furnished, we do not recognize any right on your part to collection any amount from our client through credit reporting or any other means. Please be advised that the continuation of collection activity without adequately responding to the validation request, could result in a lawsuit against you pursuant to **15 U.S.C. §1692g(b).**

As the client's attorney, I respectfully inform you that you must **cease** and desist contacting my client(s) pursuant to **15 U.S.C. § 1692c(a)(2) and 1692c(c).** If and when you violate these statutes, I will not hesitate to pursue all legal remedies for my client with local co-counsel.

Sincerely,

*Jerome Lamet*

Jerome S. Lamet
Supervising Attorney
Debt Counsel for Seniors and the Disabled

Cc:  George Thomas

Jerome S. Lamet, Supervising Attorney
The Pontiac Building
542 South Dearborn
Suite 1260
Chicago, Illinois 60605
V: (312) 939-2221
F: (312) 356-3199

```
                    TRANSMISSION VERIFICATION REPORT

                                              TIME  : 02/23/2012 16:59
                                              NAME  : JEROME LAMET LTD
                                              FAX   : 13123563199
                                              TEL   : 13129392221
                                              SER.# : BROD8J797996


     DATE,TIME              02/23  16:59
     FAX NO./NAME           14797519057
     DURATION               00:00:26
     PAGE(S)                02
     RESULT                 OK
     MODE                   STANDARD
                            ECM
```



February 23, 2012

BY FAX ONLY:  479-751-9057

Collections Manager
HC Processing Center
203 E Emma Suite A
Springdale, AR 72764-

Re:  George Thomas
     Your reference # 43698806 - Helpcard: Ending in 8806
     Our file # 10061

To Whom It May Concern:

Please be advised that my law firm represents the above-referenced client(s) for the purpose of enforcing their rights pursuant to all applicable federal debt collection laws. Debt Counsel for Seniors and the Disabled exclusively represents clients who are senior citizens, disabled or both and whose only income (e.g. social security, disability, etc.) is protected by federal law. This client regrets not being able to pay however, at this time they are insolvent as their monthly expenses exceed the amount of income they receive.

This letter serves as notice that my client hereby **disputes** the above-referenced alleged debt and requests **validation** of it in accordance with **15 U.S.C. § 1692g.** Please provide the name and address of the original creditor, if different from the current creditor. Unless and until this validation is furnished, we do not recognize any right on your part to collection any amount from our client through credit reporting or any other means. Please be advised that the continuation of collection activity without adequately responding to the validation request, could result in a lawsuit against you pursuant to **15 U.S.C. §1692g(b).**

As the client's attorney, I respectfully inform you that you must **cease** and desist contacting my client(s) pursuant to 15 U.S.C. § 1692c(a)(2) and 1692c(c). If and when you violate these

# **EXHIBIT E**

HC Processing Center - 380
PO Box 829
Springdale, AR 72765-0829

⇥ |0061
JAN - 2 2013

# HC PROCESSING CENTER®
Asset Recovery Department
PO Box 829, Springdale, AR 72765-0829

Date: December 18, 2012
Account #: **4369880 - 6**

10      3529

George Thomas
3415 E Rainmill Dr
Katy, TX 77449-7077

HC Processing Center
PO Box 1309
Lowell, AR 72745

000000436988806      0000000

Adrian fax# 918-622-5239.

Dear GEORGE THOMAS,

YOUR HELPcard ACCOUNT HAS BEEN SELECTED TO RECEIVE A SUBSTANTIAL DISCOUNT OFFER.
This is a onetime offer and will expire on 01/17/2013.

Our records show that your HELPcard credit card account was opened through Dignified Management Group Inc. We are offering you an opportunity to settle your outstanding balance for 25% if you respond by 01/17/2013. This is a 75% savings!

The current economy has created financial challenges for many of our customers and HC Processing Center is in a position to help a select number of our customers by offering an opportunity to "settle in full" their outstanding debt in an effort to resolve their delinquent status and potentially improve their credit standing.

Your total outstanding balance is $3,898.22; you can settle your account for $974.56 if received by 01/17/2013.

Upon receipt and clearance of your settlement offer payment, your account will be adjusted to a zero balance and will be updated to "Account paid for less than full balance" on your credit report.

Please call us at 877-946-4242 with any questions. We would like to help you resolve this account and we have several options that may assist you. We would like to work with you but we can't help you if you don't call!

We look forward to hearing from you!

Sincerely,
Asset Recovery Department
877-946-4242

If you wish to pay by Western Union our Code City is: HCPROCESSING   State: ARKANSAS 

To assist with payment we accept: [DISCOVER] [MasterCard] [VISA] [AmEx] (Circle One)
Please fill in the information below and return the letter to us. Please include the 3 or 4 digit security code from the back of the card.
**We cannot process the payment without this security code.**

_____   _____   ____/____   $_____
Bankcard Account Number                          Security Code   Expire Date   Payment Amount

_____   _____
Cardholder Name                                  Signature of Cardholder

Special Settlement Offer # 1200
174560000003529:10.1.1